No. 521.  SHARP *v.* RAGEN, WARDEN.  January 2, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 522. STRATTON *v.* RAGEN, WARDEN.  January 2, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 525.  WEST *v.* RAGEN, WARDEN.  January 2, 1946. Petition for writ of certiorari to the Circuit Court, Kane County, Illinois, denied.

· No. 526.  FITZPATRICK *v.* NIERSTHEIMER, WARDEN. January 2, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 527.  NOWAK *v.* NIERSTHEIMER, WARDEN.  January 2, 1946.  Petition for writ of certiorari to the Circuit Court, Randolph County, Illinois, denied.

No. 536.  NITTI *v.* ILLINOIS.  January 2, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 538.  PLATT *v.* RAGEN, WARDEN.  January 2, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 541.  MADDEN *v.* RAGEN, WARDEN.  January 2, 1946.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.